UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE VALESQUEZ,<br><br>    Defendant. | Crim. No. 93-134 (WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

**IT APPEARING** to the Court that Jorge Valesquez was sentenced, and this criminal matter was closed, in 1993; Mr. Valesquez having recently filed a *pro se* Motion for Sentence Adjustment in the above-captioned case;

**IT IS** on this ___ day of May 2008 hereby

**ORDERED** that the Clerk of the Court shall treat Mr. Valesquez's Motion for Sentence Adjustment as an application for a writ of *habeas corpus* under 28 U.S.C. § 2255, and shall assign a new civil case number to the matter accordingly.

William J. Martini, U.S.D.J.